# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 15, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152001 & (28)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee/
      Cross-Appellant,

v

                                      SC: 152001
                                      COA: 318479
                                      Grand Traverse CC: 13-011601-FC

RYAN LOWELL BAILEY,
      Defendant-Appellant/
      Cross-Appellee.

_____/

      On order of the Court, the application for leave to appeal the June 2, 2015 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 15, 2015



Clerk

s1008